389 A.2d 167

Commonwealth v. Gehr, Appellant.

Submitted April 11, 1977.  William J. Madden, for appellant;  Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.